*E-Filed 4/1/11*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. 10-02705 RS |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this entire action shall be dismissed with prejudice as to all defendants. The parties are to bear their own respective costs and attorneys' fees.

Dated: __4/1/11_____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING CASE [CASE NO. 10-02705 RS]                                                                 Page 1